# United States District Court

WESTERN DISTRICT OF WASHINGTON

SHANNON MORASCH-DANIEL

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE

CASE NUMBER: C07-5077FDB

\_\_\_\_   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

That plaintiff's motion for an award of attorney's fees and costs (Dkt #21) is GRANTED. Expenses in the amount of $43.46, costs in the amount of $430.50, and attorney's fees in the amount of $3,612.60, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).


September 24, 2007             BRUCE RIFKIN
                                  Clerk


                                s/ D. Forbes
                               By, Deputy Clerk