# United States District Court

WESTERN DISTRICT OF WASHINGTON

SHANNON MORASCH-DANIEL

        v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5077 FDB

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XXX   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion for an Award of Attorney's Fees [Dkt #26] is **GRANTED.**  Plaintiff's counsel is awarded 42 U.S.C. § 406(b) gross attorney fees in the sum of $15,422.50.  The Commissioner is directed to subtract the $3,612.60 previously awarded EAJA fees and send to Plaintiff's counsel an award of $11,809.90., minus any applicable processing fees as allowed by statute.  Any amount remaining of past due benefits withheld by the Commissioner shall then be released to Plaintiff.

October 15, 2008                           BRUCE RIFKIN
                                                                            Clerk

                                                           *s/J.L. Patton*
                                                         By, Deputy Clerk